AO      (Rev. 09/11) Judgment in a Criminal Case for Revocations
        Sheet 1

# UNITED STATES DISTRICT COURT

## Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

CLAYTON D. MORRISON

Case No.     6:09CR60006-005

USM No.     08553-010

_____Travis Morrissey_____
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)     Standard Conds. #2, 5, 6, 7, 11,     Special Condition #1, Financial Condition and New
    Law Violation   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #2 | Offender filed false written reports regarding employment on the following dates: | 8/5/2013 |
| | 1/4/2013; 2/5, 3/5, 4/5 and 5/5, all of 2013.  Failed to report as directed on the | |
| | following dates: 6/5, 6/7, 7/3 and 8/5, all of 2013. | |
| Standard Condition #2 | Offender has failed to report as directed for office visits or drug tests since 10/2013. | 7/29/2014 |
| Standard Condition #5 | Offender has failed to maintain employment since 1/3/2013. | 1/3/2013 |
| Standard Condition #6 | Offender changed residences without providing notice to the probation office on or<br>about 12/4/2013. | 12/4/2013 |

**(violations continued on page 2)**

The defendant is sentenced as provided in pages 2 through     5     of this judgment.  The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any
change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are
fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in
economic circumstances.

_____July 29, 2014_____
Date of Imposition of Judgment

_____/s/ Robert T. Dawson_____
Signature of Judge

_Honorable Robert T. Dawson, United States Senior Judge_
Name and Title of Judge

_____July 30, 2014_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 1A

Judgment—Page   2   of   5  

DEFENDANT:     CLAYTON D. MORRISON
CASE NUMBER:  6:09CR60006-005

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard Condition #7 | Offender used Hydrocodone without a prescription on or about 9/4/2013 as evidenced by his signed confession. | 9/4/2013 |
| Standard Condition #11 | Offender was arrested on or about 11/12/2013, as well as 12/4/2013.  In both instances, offender failed to report arrests to the probation officer. | 12/4/2013 |
| Special Condition #1 | Offender provided urine samples which were not consistent with human urine on the following dates: 6/14, 7/10 and 8/16, all of 2013; offender provided a dilute sample on 11/14/2012.  During a drug test on 9/5/2013, defendant was found to be in possession of a home-made device which would allow the offender to provide water instead of urine for his drug test.  Offender failed to report for a random drug test on 10/9/2013.  Offender was instructed to attend outpatient substance abuse treatment on 9/5/2013, but failed to comply with the referral. | 9/5/2013 |
| Financial Condition | Offender has failed to make consistent payment towards his financial obligations.  He has a remaining fine balance of $4,320.32 of the original $5,300 and has not made a payment since 4/5/2012. | 7/29/14 |
| New Law Violation | On or about 11/12/2013, the offender committed the offense of Criminal Mischief -2nd degree.  On or about 12/4/2013, the offender committed the offenses of Theft of Property (16 counts) and Criminal Mischief (16 counts). | 12/4/2013 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page    3    of    5

DEFENDANT:        CLAYTON D. MORRISON
CASE NUMBER:      6:09CR60006-005

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
term of :         twenty four (24) months with credit for time served since June 4, 2014 (no supervision to follow term of
                  imprisonment).

☐  The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐   at  _____  ☐  a.m.   ☐  p.m.   on  _____ .

   ☐   as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on  _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

       Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.


                                                     _____
                                                     UNITED STATES MARSHAL

                                          By  _____
                                                     DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page    4    of    5

DEFENDANT:        CLAYTON D. MORRISON
CASE NUMBER:      6:09CR6000-005

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|-----------|------|-------------|
| **TOTALS** $ | -0- | $ 4,320.32* | $  -0- |

* balance remaining on original fine of $5,000.

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C)  will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-----------|-----------|-------------|-------------|
|           |           |             |             |

| **TOTALS** | $            0 | $            0 |
|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   X  the interest requirement is waived for the    X  fine    ☐  restitution.

   ☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 6 — Schedule of Payments

Judgment — Page   5   of   5

DEFENDANT:        CLAYTON D. MORRISON
CASE NUMBER:      6:09CR60006-005

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   X   Lump sum payment of $   4,320.32   due immediately, balance due

        ☐   not later than _____ , or
        X   in accordance with   ☐ C,   ☐ D,   ☐ E, or   X  F below); or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,      ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
        _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
        term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F   X   Special instructions regarding the payment of criminal monetary penalties:

        If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not
        less than $25.00 quarterly, or 10% of the defendant's quarterly earnings, whichever is greater.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and
    corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.